IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES HARTLEY, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-02192 LJO JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR REASSIGNMENT AND GRANTING IN PART PLAINTIFF'S REQUEST FOR A COURT ORDER<br><br>(Docs. 7 & 8) |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has two motions pending before the Court, both filed on January 6, 2011. First, Plaintiff requests the Court accept his delayed notice declining jurisdiction of the undersigned magistrate judge and requesting reassignment to a United States District Judge. Plaintiff's request for reassignment, however, has already been granted. (Doc. 6.) This case now proceeds before both the undersigned magistrate judge and the assigned district court judge in accordance with Local Rule 302. Plaintiff's request for reassignment will therefore be denied, as it has been rendered moot.

　　　　Second, Plaintiff requests a court order commanding Defendants to issue a trust account statement. Plaintiff argues that his past attempts in obtaining an inmate trust account statement for his *in forma pauperis* application in this action have been largely ignored by the California Department of Corrections. The Court will not issue such an order at this time. However, the Court will grant Plaintiff additional time to obtain his trust account statement.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's January 6, 2011 motion for reassignment (Doc. 7) is denied as having been rendered moot; and

2. Plaintiff's January 6, 2011 motion for a Court order (Doc. 8) is granted to the extent that he is given an extension of time to file an inmate trust account statement in accordance with the Court's December 1, 2010 order. Plaintiff shall do so within sixty days of the date of this order.

IT IS SO ORDERED.

Dated:   **January 11, 2011**              /s/ Jennifer L. Thurston
                                               UNITED STATES MAGISTRATE JUDGE